**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**LISA BRATTON**                                                                                           **PLAINTIFF**

**VS.**                    **CASE NO. 5:07CV0149 JMM**

**PINE BLUFF COMMERCIAL**                                               **DEFENDANT**

**ORDER**

Plaintiff has filed a Motion to Amend her Complaint to dismiss her Title VII claim based upon her being terminated because of her race and color and to add a Title VII claim that she was terminated in retaliation (#24).

Defendant has responded that it does not oppose the dismissal of plaintiff's claim of race or color discrimination, but does oppose amendment of the complaint to include a claim of retaliation because plaintiff failed to include a claim of retaliation in her EEOC complaint and because plaintiff's retaliation claim is conclusory in nature.

Plaintiff is directed to respond on, or before, December 7, 2007, to defendant's contention that amendment of her complaint would be futile because she failed to include a claim of retaliation in her EEOC complaint and because her retaliation claim is conclusory in nature.

Plaintiff is reminded to be familiar with Local Rule 5.5(c)(2), which provides that: "It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case, and to prosecute or defend the action diligently. A party appearing for himself/herself shall sign his/her

pleadings and state his/her address, zip code, and telephone number. If any communication from the Court to a pro se plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice. Any party proceeding *pro se* shall be expected to be familiar with and follow the Federal Rules of Civil Procedure."

IT IS SO ORDERED THIS __26__ day of __November__, 2007.

_____
James M. Moody
United States District Judge