IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

LISA I. BRATTON                                                                                   PLAINTIFF

VS.                         CASE NO. 5:07CV00149-JMM

PINE BLUFF COMMERCIAL                                                                  DEFENDANT

JUDGMENT

Pursuant to the Order entered on this day, it is Considered, Ordered and Adjudged that the complaint in the above styled cases be, and is hereby, dismissed.

IT IS SO ORDERED this  20   day of December, 2007.


_____
James M. Moody
United States District Judge